**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
750 Missouri Avenue
East St. Louis, IL 62202
618/482-9371

**Norbert G. Jaworski**
**Clerk of Court**

July 28, 2008

Michael W. Dobbins, Clerk
United States District Court
Northehn District of Illinois
219 South Dearborn St, Chicago, IL 60604

Re:   Transfer of Jurisdiction of Antwan J. Franklin
        Our File: 07-40066-MJR

Dear Clerk:

On 7/25/08, an Order by the Honorable Michael J. Reagan, U.S. District Judge, was filed transferring the probation jurisdiction from this District Court to the Northern District of Illinois.

The court is using the electronic case filing system. You may access our electronic case file at the following web address: http://ecf.ilsd.uscourts.gov to obtain a copy of this order, the docket sheet, indictment and judgment filed in this case. We have assigned a login and password for district courts to use in accessing this information. The login is ****** and the password is ******. This login and password should not be shared with anyone other than federal court personnel who would have need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Sincerely,

Norbert G. Jaworski, Clerk

By:   ___s/Tamra Baugh_____
                Deputy Clerk

CR12
(12/04)